**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Anjeunnine R. Ramero

152 Johnsten Ave

Kearny NJ 07032

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED #12

JAN 1 2 2023

SUPERIOR COURT OF NJ
FEE OFFICE
COUNTY OF HUDSON

- against -

Yolanda Gonzalez
RAY SHembri
Anthony De Silva
Sue De Silva
George Gullozzo

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
      additional sheets of paper as necessary.

Plaintiff      Name                 Anjeunnine R. Ramero

               Street Address       152 Johnsten Ave.

               County, City         Kearny

               State & Zip Code     NJ    07032

               Telephone Number

RECEIVED

DEC 27 2022

SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CHANC...

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Yolanda Gonzalez & Ray J Henifri_

Street Address _Pierreponte Ave_

County, City _Rutherford_

State & Zip Code _NJ 07070_

Defendant No. 2

Name _Anthony De Silva_

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _George Callazzo_

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _Sue De Silva_

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions  ☐ Diversity of Citizenship

☒ U.S. Government Plaintiff  ☐ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Complaint Destroyed Property, Criminal Acts Stalking, Harassment_

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _152 Johnston Ave F102 Kearny NJ 07032 Ground Floor Apartment

B.    What date and approximate time did the events giving rise to your claim(s) occur? __2019 - Present

C.    Facts: I Have Been Harassed By Gonzalez Silembri and property Stolen, Destroyed & Broken. Misuse of my social security information Broken Passport, Stolen USPS mail. Stalking to 9 U.S.A States as I was seeking legal Counsel.

> What happened to you?

DeSilva Stalked 2019 - Present 9 USA States
Gonzalez Silembri Broken & Stolen property
Callazzo Statutory Rape, stalked my Husband. Journals in NJ

> Who did what?

> Was anyone else involved?

They Refuse to Help! Women's Group Essex County Hudson County Sheriff Harrison Police Department Kearny Police Department

> Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _I have Been Robbed 4_ _Assaulted in Newark on Rutgers University_ _Campus. I am a Rutgers Alumni._

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_I am Seeking Damages_
_Slander_
_Broken 4 Stolen Property_

_I require a Statement By Police Department_
_for their illegal Behavior in Kearny 4_
_Harrison NJ_

_I am Seeking $50,000,000.00_
_in Compensation for Harassment 4_
_threats. I fear for my life_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ⟨12⟩ day of _____⟨18⟩_____, 20⟨22⟩.

Signature of Plaintiff _____⟨signature⟩_____

Mailing Address ⟨152 Johnston Ave⟩

⟨Floor 2 Apartment⟩

⟨Kearny NJ 07032⟩

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____⟨signature⟩_____

- 5 -